**Order entered March 11, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00135-CV

### ALFRED LEE STONE, Appellant

### V.

### DONNELL PORTER, ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-08985

### ORDER

Before the Court is appellant's March 1, 2021 motion to proceed without payment of costs. We note the motion was filed contemporaneously in the trial court, and the clerk's record has since been filed without prepayment of costs. Accordingly, pursuant to Texas Rule of Appellate Procedure 20.1(b)(1), we **GRANT** the motion and appellant is allowed to proceed without payment of the appellate court filing fees.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE